**2016–1568. Eckert v. Summit Cty. Pub. Health.**
Summit App. No. 27844, 2016-Ohio-7076. On appellant's application for dismissal. Application granted. Cause dismissed.

*March 21, 2017*

2017-Ohio-1012.]

**2016–0903. State v. Batista.**
Hamilton App. No. C–150341, 2016-Ohio-2848. On motion for admission pro hac vice of Avram D. Frey. Motion granted.

*March 22, 2017*

2017-Ohio-1023.]

**2017–0387. State ex rel. Cowan v. Gallagher.**
Cuyahoga App. No. 104972, 2017-Ohio-471. On appellant's memorandum in support of jurisdiction. This cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

The clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

*March 23, 2017*

2017-Ohio-1030.]

**2016–1759. State ex rel. Goff v. Indus. Comm.**
Franklin App. No. 15AP–1016, 2016-Ohio-7270. On appellant's application for dismissal. Application granted. Cause dismissed.